People v Cox (2020 NY Slip Op 51189(U))

[*1]

People v Cox (Lovell)

2020 NY Slip Op 51189(U) [69 Misc 3d 131(A)]

Decided on October 9, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 9, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., Cooper, Higgitt, JJ.

570166/19

The People of the State of New York,
Respondent,
against
Lovell Cox, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Tandra L. Dawson, J.), rendered February 12, 2019, convicting him, upon a plea of
guilty, of criminal possession of a controlled substance in the seventh degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Tandra L. Dawson, J.), rendered February 12, 2019, affirmed.
The misdemeanor information charging criminal possession of a controlled substance in the
seventh degree (see Penal Law § 220.03) was not jurisdictionally defective.
Defendant's possession of synthetic cannabinoids or K2, a Schedule I controlled substance
(see Penal Law § 220.00[5]; Public Health Law § 3306[g]; see also Matter of Sahairah J. (Rosemarie
R.), 135 AD3d 452 [2016]), was established by allegations that police recovered six
cigarettes containing "synthetic cannabinoids/phenethylamine ('K2')" from defendant and that the
officer concluded that they contained synthetic cannabinoids/phenethylamine (K2) based upon
his professional training as a police officer in the identification of drugs, his prior experience as a
police officer making drug arrests, the odor emanating from the substance, an observation of the
substance, "which is characteristic of this type of drug," and the defendant's statement "can I get a
ticket for the K2?" (see People v
Miller, 65 Misc 3d 159[A], 2019 NY Slip Op 52006[U][App Term, 1st Dept 2019],
lv denied 34 NY3d 1161 [2020]; see also People v Kalin, 12 NY3d 225, 231-232 [2009]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 9, 2020